ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2002 SEP 26 PM 4: 53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAURIE ABBOTT, FRED WILLIAMS )
and FRED WILLIAMS HOMEBUILDERS, )
INC., )
 )
      Plaintiffs, )
 )
  vs. )  Civil Action No. CV401-272
 )
THE CITY OF POOLER, GA, EARL L. )
CARTER, WAYNE D. SEAY, TRAVIS )
COWART, JR., J. ROBERT BRYAN, )
BILLIE L. TYLER, SONNY )
DEFILIPPIS, and STEVE E. )
WALL, JR., )
 )
      Defendants. )

## MODIFIED SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b) and the Local Rules of this Court, this Court imposes the following deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUES JOINED | 03-12-02 |
| DATE OF RULE 26(f) CONFERENCE | 04-01-02 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES [60 days after issue joined] | 05-11-02 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | 05-31-02 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | 06-30-02 |
| JOINT STATUS REPORT DUE | 06-10-02 |
| CLOSE OF FACT DISCOVERY | ~~11-26-02~~ October 28, 2002 |
| CLOSE OF EXPERT WITNESS DISCOVERY | 09-28-02 |
| LAST DAY FOR FILING CIVIL MOTIONS **EXCLUDING MOTIONS IN LIMINE** [30 DAYS AFTER CLOSE OF DISCOVERY] | 12-26-02 |

18

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this 25TH day of September, 2002.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   4:01-cv-00272
Date Served:   September 27, 2002
Served By:     Shirley S. Lee

Attorneys Served:

Deron R. Hicks, Esq.
Patrick T. O'Connor, Esq.

☑ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate